UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR92-1636JET |
| v. | ORDER |
| ANGEL CECILIO HURTADO, aka MARCELINO QUINTERO, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion re Agreed Reduction in Sentence.

Having considered the entirety of the records and file herein, it is hereby

ORDERED that the government is directed to respond in writing to Defendant's motion on or before August 1, 2005.

The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record.

- 1

DATED this 20t[h] day of June, 2005.

/s JACK E. TANNER

———————————————————————

JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

- 2