UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR92-1636JET |
| v. | ORDER |
| ANGEL CECILIO HURTADO, aka MARCELINO QUINTERO, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion re Agreed Reduction in Sentence.

Having considered the entirety of the records and file herein, it is hereby

ORDERED that Keith A MacFie is appointed counsel pursuant to 18 USC §3006A to represent Defendant Angel Cecilio Hurtado in the matter of resentencing based on his substantial assistance.

The clerk of the court is instructed to send uncertified copies of this Order to all counsel of

- 1

record, and to the CJA Administrator.

DATED this 21st day of September, 2005.

/s JACK E. TANNER

_____

JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

- 2